United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN FARABAUGH and OLOWAN JOHNSON, Individually and for Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCDERMOTT INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 4:19-cv-02570<br><br>Collective Action |

## ORDER

Per the Parties' Rule 41 Stipulation of Dismissal without Prejudice, this case is hereby DISMISSED without prejudice. Both parties shall bear their own fees and costs.

Signed in Houston, Texas on this 21st day of January, 2020.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE